JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST, TRUSTEES OF THE OPERATING ENGINEERS TRAINING TRUST, TRUSTEES OF THE OPERATING ENGINEERS LOCAL 12 DEFINED CONTRIBUTION TRUST, ENGINEERS CONTRACT COMPLIANCE COMMITTEE FUND, and SOUTHERN CALIFORNIA PARTNERSHIP FOR JOBS FUND,<br><br>    Plaintiffs,<br><br>    vs.<br><br>KINCAID INDUSTRIES, INC., a California corporation,<br><br>    Defendant. | CASE NO.:  5:23-cv-00053-SSS-SPx<br><br>ASSIGNED TO THE HONORABLE SUNSHINE S. SYKES<br><br>**JUDGMENT** |

This action having been commenced on January 12, 2023, and the Court having approved the Stipulation for Entry of Judgment in favor of Plaintiffs and against Defendant, and for good cause shown:

1   **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Plaintiffs,
2   Trustees of the Operating Engineers Pension Trust, Trustees of the Operating
3   Engineers Health and Welfare Fund, Trustees of the Operating Engineers Vacation-
4   Holiday Savings Trust, Trustees of the Operating Engineers Training Trust, Trustees
5   of the Operating Engineers Local 12 Defined Contribution Trust, Engineers Contract
6   Compliance Committee Fund, and Southern California Partnership for Jobs Fund shall
7   recover from Defendant, Kincaid Industries, Inc., a California corporation, the
8   principal amount of $32,156.12, together with post-judgment interest at the rate of 8%
9   per annum from the date of entry of Judgment, until the Judgment is paid in full.

12   DATED: June 21, 2023   _____
                              SUNSHINE S. SYKES
13                            UNITED STATES DISTRICT JUDGE